IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY MICHAEL GANSER,<br><br>　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and COOSA VALLEY FEDERAL CREDIT UNION,<br><br>　　Defendants. | CIVIL ACTION FILE NO.<br><br>1:17-cv-636-TWT-JKL |

**FINAL REPORT AND RECOMMENDATION**

On June 4, 2017, Plaintiff filed a notice that it had reached a settlement with the last remaining Defendant in this case. [Doc. 12; *see also* Doc. 8.] In the notice, Plaintiff suggested that the parties needed approximately 45 days to finalize the settlement. More than 45 days has passed since that notice, and there have been no filings suggesting either a successful or problematic finalizing of the settlement agreements. Accordingly, I **RECOMMEND** that the District Judge assigned to this case **DIRECT** the Clerk of Court to **administratively**

**close this case**. Should additional proceedings become necessary, either party may file a motion to reopen.

      IT IS SO RECOMMENDED this 20th day of July, 2017.

                                                 _____
                                                 JOHN K. LARKINS III
                                                 United States Magistrate Judge

2