IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY MICHAEL GANSER,

   Plaintiff,

  v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-636-TWT

**ORDER**

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending that this case be closed administratively due to settlement. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Clerk is directed to close this case administratively.

SO ORDERED, this 10 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge